May Term,
1860.

OVERMAN
v.
FORKNER.

*J. E. McDonald*, for the appellant.

*J. N. Sweetser*, for the appellee.

---

OVERMAN *v.* FORKNER and Others.

*Monday,*
*June 4.*

APPEAL from the *Wayne* Circuit Court.

*Per Curiam.*—This was a suit by *Overman* against the appellees, to recover 30 dollars paid by the plaintiff to the

defendants, on a due bill executed by the plaintiff to the defendants, as follows: "Due on the first day of *June* next, fifty dollars for corn-mill, to be sent to *Liverpool, Illinois* river, to be sent from *Cincinnati* by river. *Centreville, March* 12, 1855."

May Term, 1860.

The defendants set up, by way of counter-claim, the above due bill, and on the trial had a finding by the Court in their favor, for the balance remaining unpaid thereon, and judgment, a new trial being refused.

On a careful consideration of the testimony, we think it fails to establish the fact that the corn-mill was sent according to the stipulation mentioned, and therefore that the finding and judgment for the defendants cannot be sustained.

The judgment is reversed with costs. Cause remanded, &c.

*G. W. Julian,* for the appellant.

*O. P. Morton, J. F. Kibbey, J. S. Newman,* and *J. P. Siddall,* for the appellees.